IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATHLEEN ADAMS,

    Plaintiff,

v.

HEARTHMARK, LLC, d/b/a/ JARDEN
HOME BRANDS, and ROUNDY'S
SUPERMARKETS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-712-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for failure to prosecute.

_____      _____
Peter Oppeneer, Clerk of Court                               5/2/11
                                                                             Date